■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN JOHNSON, Appellant. [722 NYS2d 748] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered May 17, 1999, convicting him of murder in the second degree (four counts), attempted murder in the second degree (five counts), burglary in the second degree, and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the verdict was not supported by legally sufficient evidence is not preserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolutions of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Krausman, J. P., Friedmann, Feuerstein and Smith, JJ., concur.